SALVATORE ROSS, )
                    Petitioner )
                              )
    vs. )
                              )
THE ATTORNEY GENERAL OF THE )
STATE OF PENNSYLVANIA; THE )
DISTRICT ATTORNEY OF THE )
COUNTY OF FAYETTE; MICHAEL )
KRYSEVIG, )
                  Respondents )

Civil Action No. 07-97
Judge Nora Barry Fischer/
Magistrate Judge Amy Reynolds Hay

## O R D E R

AND NOW, this _23rd_ day of January, 2008, after the Petitioner, Salvatore Ross,

filed an action in the above-captioned case, and after a Report and Recommendation was filed

by the United States Magistrate Judge, and after Petitioner filed objections to the Report and

Recommendation, upon consideration of the objections filed by Petitioner, and upon independent

review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the habeas petition filed pursuant to 28 U.S.C. §

2254 is dismissed;

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                              NORA BARRY FISCHER
                              United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Salvatore Ross
        EL-5615
        SCI Cresson
        P.O. Box A
        Cresson, PA 16699-0001

        All Counsel of Record by electronic filing